CASE NO.   19-11115
_____

IN THE COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

T. B., by and through his next friend and mother Jenny Bell,

Plaintiff - Appellant

v.

NORTHWEST INDEPENDENT SCHOOL DISTRICT;
KENNETH BURT; LAURA ADAMS,

Defendants - Appellees
_____

On Appeal from the United States District Court for
The Northern District Of Texas- Fort Worth Division;
Civil Action No. 4:18-cv-00984
Before the Honorable John McBryde, Judge Presiding
_____

# MOTION TO FOR AN EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR AN EN BANC HEARING

NOW COMES Jenny Bell, as next friend of T.B., by and through their attorney of record, Martin Cirkiel, of Cirkiel & Associates, P.C. who files this *Motion To For An Extension Of Time To File Appellant's Motion For An En Banc Hearing,* and in support thereof, respectfully shows the following:

1. On November 23, 2020, a Published Opinion and Judgment was issued in this matter.

2. Martin J. Cirkiel, Counsel for Appellant wished to file a Petition for a

Rehearing or En Banc by today's date; however, he reasonably believes he cannot adequately finalize this Petition by the current due date.

3. Mr. Cirkiel has spent the majority of his work time preparing for a two-day Due Process Hearing in the Texas Education Agency matter *of J.G. et al v Denison Independent School District*, Docket No. 157-SE-0120 which occureed on December 3rd and 4th.

4. Today, Monday December 8th counsel begins a three, possibly four-day Federal bench trial on the matter of *Camron Sneed v Austin Independent School District* in the United States Western District Court Civil Action No. 1:19-cv-00608-LY.

5. The majority of Mr. Cirkiel's time has been dedicated to preparing for these hearings.

6. Mr. Cirkiel hereby requests an additional seven (7) days to submit his brief.

7. Appellant's Counsel has contacted Counsel for Appellee by email and they are UNOPPOSED to this Motion.

8. As such, Appellant requests an extension of time in which to file his *Motion for En Banc Hearing* for one week, until December 15, 2020.

9. This Motion for Extension of Time is not made for purposes of delay but so that justice may be done.

             Respectfully submitted,

Cirkiel & Associates, P.C.

*/s/ Martin J. Cirkiel*
Mr. Martin J. Cirkiel, Esq.



State Bar No. 00783829
Fed. ID# 21488
1901 E. Palm Valley Blvd. Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com [Email]

# CERTIFICATE OF CONFERENCE

I hereby certify that on December 6, 2020, I conferred with Ms. Meredith Walker, Counsel for Appellee/Defendant, who is UNOPPOSED with this motion.

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this December 7, 2020, by Notice of Electronic Filing from the Clerk of the Court.

Ms. Meredith Prykyl Walker, Attorney
State Bar No. 24056487
mwalker@wabsa.com [Email];
Walsh, Gallegos, Trevino, Russo and Kyle P.C.
105 Decker Court; Suite 600
Irving, TX 75062
(214) 574-8800 [Telephone]
(214) 574-8801 [Facsimile]

Mr. Donald Craig Wood, Attorney
State Bar No. 21888700
cwood@wabsa.com [Email]
Walsh, Gallegos, Trevino, Russo and Kyle P.C.
100 NE Loop 410
Suite 900
San Antonio, Texas 78216
(210) 979-6633 [Telephone]
(210) 979-7024 [Facsimile]
ATTORNEYS FOR THE APPELLEE
NORTHWEST INDEPENDENT SCHOOL DISTRICT

*/s/ Martin J. Cirkiel*
Martin J. Cirkiel